IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA WIENHOFF,<br><br>      Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC.,<br><br>      Defendant. | Case No.<br>3:21-cv-00501-NJR |

**CONAGRA BRANDS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY
AND MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL BRIEFING**

Pursuant to Local Rule 7.1(c), a party may supplement its briefing only with leave of court. Defendant Conagra Brands, Inc. respectfully suggests that supplemental briefing is appropriate to address the following supplemental authority issued after Conagra's Reply Brief in Support of its Motion to Dismiss (Dkt. 19) was filed on November 22, 2021. Counsel for Defendant conferred with counsel for Plaintiff, and Plaintiff consents only to the filing of this Motion and not to any of the points raised herein.

1. *Yu v. Dreyer's Grand Ice Cream, Inc.*, No. 20-cv-8512-ER, 2022 U.S. Dist. LEXIS 47043, 2022 WL 799563 (S.D.N.Y. Mar. 16, 2022) (dismissing suit alleging that ice cream bar's label "Dipped in Rich Milk Chocolate" was deceptive because it contained vegetable oils: the product did not state anything about the composition of the chocolate (*13-16); the allegation that the chocolate was no longer "real chocolate" as a result of the vegetable oils was unpersuasive (*15-16); and the ingredient list confirmed the representations on the packaging (*18-20));

2. *Chiappetta v. Kellogg Sales Co.*, No. 21-cv-3545, 2022 U.S. Dist. LEXIS 35632, 2022 WL 602505 (N.D. Ill. Mar. 1, 2022) (dismissing as implausible suit alleging that

strawberry Pop-Tarts deceptively implies that its filling contains "more strawberries than it does": the plaintiff's interpretation "is unreasonable and unactionable" because the label "does not state or suggest anything about the amount of strawberries in the Product's filling" (*9-10));

3. *Floyd v. Pepperidge Farm, Inc.*, ___ F. Supp. 3d ___, 2022 U.S. Dist. LEXIS 12610, 2022 WL 203071 (S.D. Ill. Jan. 24, 2022) (dismissing suit alleging that "Golden Butter" crackers were deceptive because they contained both butter and butter substitutes: "There are no untruths on the packaging and there is no deception.  The name and the ingredient list coalesced." (*9-10)); and

4. *Warren v. Whole Foods Mkt. Grp., Inc.*, No. 19-cv-6448-PRK-LB, 2021 U.S. Dist. LEXIS 231930, 2021 WL 5759702 (E.D.N.Y. Dec. 3, 2021) (dismissing as implausible suit alleging that "dehydrated cane juice solids" and "100% whole grain" claims on "Oats & Flax" instant oatmeal deceptively implies that the product does not contain added sugar and contains only whole grains).

Therefore, Conagra respectfully requests the opportunity to submit supplemental briefing in accordance with Local Rule 7.1(c) and Federal Rule of Appellate Procedure 28(j).

[Signature on Following Page]

March 21, 2022                      Respectfully submitted,

                                 By:    */s/ Angela M. Spivey*
                                           Angela M. Spivey (*pro hac vice*)
                                           Andrew G. Phillips (*pro hac vice*)
                                           Alan F. Pryor (*pro hac vice*)

                                           Alston & Bird LLP
                                           1201 W. Peachtree Street
                                           Atlanta, Georgia 30309
                                           Phone: (404) 881-7000
                                           Fax: (404) 881-7777
                                           angela.spivey@alston.com
                                           andrew.phillips@alston.com
                                           alan.pryor@alston.com

                                           *Counsel for Conagra Brands, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on March 21, 2022, with the Court and served electronically through the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

                                                         */s/ Angela M. Spivey*
                                                         Angela M. Spivey