IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BARBARA WIENHOFF,
individually and on behalf of all others
similarly situated,

    Plaintiff,

v.

CONAGRA BRANDS, INC.,

    Defendant.

Case No. 3:21-CV-501-NJR

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of September 8, 2022 (Doc. 23), and Plaintiff's Notice of Voluntary Dismissal dated September 22, 2022 (Doc. 24), this action is **DISMISSED without prejudice**.

DATED: September 23, 2022

                MONICA A. STUMP,
                Clerk of Court

                By: s/ *Deana Brinkley*
                   Deputy Clerk

APPROVED: s/ *Nancy J. Rosenstengel*
      NANCY J. ROSENSTENGEL
      Chief U.S. District Judge